AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Texas

2019 MAR 11 PM 11:22

UNITED STATES OF AMERICA

V.

Alvin W. Byrd. Jr.

**WARRANT FOR ARREST**

Case Number: A-19-CR-0026(1)LY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED                 Alvin W. Byrd, Jr.
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   X Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)

☐ in violation of Title  18   United States Code, Section(s)  3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

| Jeannette Clack | Deanna Massie |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | 3/12/2019 |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at: Fairfax, VA

| DATE RECEIVED 3/10/19 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/5/21 | S. Venuri DUSM | S. [signature] |