UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: **R5/R40** CASE #: **21mJ75**

-VS-

DATE: **3/8/21**   TIME: **2:00pm**

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD **(VIA Zoom)**

**Alvin Byrd**

COUNSEL FOR THE UNITED STATES: **Isaiah Boyd**

COUNSEL FOR THE DEFENDANT: **w/o**

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:   (   ) WITH COUNSEL      ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL **FPD**   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT #_____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Deft. orally waives Identity and requests to have hearings in EDVA - Granted.**

CONDITIONS OF RELEASE:
($      ) UNSECURED ($      ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE **3/10/21** at **2:00pm** Before **Buchanan**
( X ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV ( X ) SRV (   )      ) ARR